Roberta L. Steele, CA SBN 188198
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

John F. Stanley, WASBN 15418
May R. Che, NY SBN 4255378
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 220-6919
Facsimile: (206) 220-6911
may.che@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>JACKSONS FOOD STORES, INC., d/b/a JACKSON ENERGY<br><br>Defendant. | CASE NO. 1:17-cv-00407-REB<br><br>STATUS REPORT PURSUANT TO DISTRICT LOCAL RULE 4.1 |

Pursuant to District Local Rule 4.1, Plaintiff Equal Employment Opportunity Commission (EEOC) submits this Status Report. EEOC served its complaint and summons on Defendant Jacksons Food Stores, Inc., d/b/a Jackson Energy, on October 18, 2017.

EEOC v. Jacksons Food Stores d/b/a Jackson Energy
STATUS REPORT PURSUANT TO DISTRICT LOCAL RULE 4.1
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

DATED this 3rd day of November, 2017.

ROBERTA L. STEELE
Regional Attorney

BY: */s/ Roberta L. Steele*  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
909 First Avenue, Suite 400  
Seattle, WA 98104-1061  
Telephone (206) 220-6919  
Facsimile (206) 220-6911  
Roberta.steele@eeoc.gov

JAMES L. LEE  
Deputy General Counsel

GWENDOLYN Y. REAMS  
Associate General Counsel

Office of the General Counsel  
131 M Street, N.E.  
Washington, D.C. 20507

JOHN F. STANLEY  
Supervisory Trial Attorney  
John.stanley@eeoc.gov

MAY R. CHE  
Senior Trial Attorney  
May.che@eeoc.gov

Attorneys for Plaintiff EEOC

EEOC v. Jacksons Food Stores d/b/a Jackson Energy  
STATUS REPORT PURSUANT TO DISTRICT LOCAL RULE 4.1  
Page 2 of 2

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**  
**909 First Avenue, Suite 400**  
**Seattle, Washington 98104-1061**  
**Telephone: (206) 220-6883**  
**Facsimile: (206) 220-6911**  
**TDD: (206) 220-6882**