Tamsen Leachman (Bar No. 5697)
Email: tleachman@littler.com
LITTLER MENDELSON, P.C.
121 SW Morrison, Suite 900
Portland, OR 97204
Telephone: 503.221.0309
Fax: 503.242.2457

ATTORNEYS FOR DEFENDANT
JACKSONS FOOD STORES, INC., D/B/A JACKSON ENERGY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>**JACKSONS FOOD STORES, INC., d/b/a JACKSON ENERGY,**<br><br>Defendant. | Case No. 1:17-cv-00407-REB<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7-1 of the Federal Rules of Civil Procedure, Jacksons Food Stores, Inc., a Nevada Corporation, by and through counsel, hereby certifies that it is not publically owned.

Dated: November 8, 2017

Respectfully submitted,

*/s/ Tamsen Leachman*
Tamsen Leachman, ISB No. 5697
tleachman@littler.com
121 SW Morrison, Suite 900
Portland, OR 97204
503.221.0309

Attorneys for Defendant
Jacksons Food Stores, Inc., d/b/a Jackson Energy

# CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2017, I electronically filed the foregoing CAPTION with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Roberta L. Steele, CA SBN 188198
    U.S. Equal Employment Opportunity
    Commission
    San Francisco District Office
    450 Golden Gate Ave, 5th Floor West
    P.O. Box 36025
    San Francisco, CA 94102

    John F. Stanley, WASBN 15418
    May R. Che, NY SBN 4255378
    U.S. Equal Employment Opportunity
    Commission
    Seattle Field Office
    909 First Avenue, Suite 400
    Seattle, WA 98104
    Email: may.che@eeoc.gov

                        */s/ Laura M. Lucero*
                        Laura M. Lucero
                        Legal Assistant

Firmwide:150835233.1 095181.1002