IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. 1:17-cv-00407-REB |
| Plaintiff | NOTICE OF APPEARANCE OF EEOC COUNSEL MAY R. CHE |
| v. | |
| JACKSONS FOOD STORES, INC., d/b/a JACKSON ENERGY | |
| Defendant. | |

TO:          CLERK OF THE COURT

AND TO:      ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that May R. Che hereby appears as attorney of record on

behalf of the Equal Employment Opportunity Commission (EEOC) in the above-entitled case,

and reserving all rights and without waiving any defenses, hereby requests that all further papers

/ / /

/ / /

/ / /

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

and pleadings be served upon Ms. Che at the email and address below as stated.

DATED this 21st day of November, 2017.

ROBERTA L. STEELE                    JAMES L. LEE
Regional Attorney                    Deputy General Counsel

JOHN F. STANLEY                      GWENDOLYN Y. REAMS
Supervisory Trial Attorney           Associate General Counsel

MAY R CHE
Senior Trial Attorney


BY: _____*/s/ May R. Che*_____
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
909 First Avenue, Suite 400          Office of the General Counsel
Seattle, WA  98104-1061              131 "M" Street NE
Telephone (206) 220-6919             Washington, D.C. 20507
Email:  may.che@eeoc.gov


Attorneys for Plaintiff EEOC

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, I electronically filed the forgoing "Notice of

Appearance of EEOC Counsel" with the Clerk of the court using the CM/ECF system.

DATED this 21st day of November, 2017.

*S/ Victoria Richardson*

NOTICE OF APPEARANCE OF MAY R. CHE
EEOC v. Jacksons Foods Stores, Inc.,d/b/a Jackson Energy; 1:17-cv-00407-REB
Page 3 of 3

**EQUAL EMPLOYMENT**
**OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**