# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> JACKSONS FOOD STORES, INC., d/b/a JACKSON ENERGY, <br><br> Defendant. | Case No.: 1:17-cv-00407-REB <br><br> **CASE MANAGEMENT ORDER** |

In accordance with the agreements reached in the telephone scheduling conference held between counsel and the Court on **12/7/17**, and to further the just, speedy, and inexpensive determination of this case

**IT IS ORDERED** that the following deadlines and procedures will govern this litigation:

1. <u>Dispositive Motion Deadline</u>: All dispositive motions must be filed by **1/4/19**.[1]

2. <u>Amendment of Pleadings and Joinder of Parties</u>: All motions to amend pleadings and join parties, except for allegations of punitive damages, must be filed on or before **1/7/18**. This deadline will only be extended for good cause shown.[2]

---

[1] It is this Court's policy to accept only one (1) motion to dismiss and one summary judgment motion per party. If it appears, due to the complexity or numerosity of issues presented, that counsel is unable to address all issues within the 20-page limit for briefs (*see* Dist. Idaho Loc. Civ. R. 7.1(b)(1)), then it is appropriate to file a motion for permission to file an overlength brief, rather than filing separate motions for each issue. The Court prefers reviewing one over-length brief in support, one over-length response, and one 10-page reply brief, if any, rather than the panoply of briefs that are generated when multiple motions are filed.

[2] The Ninth Circuit has held that motions to amend filed after the Scheduling Order deadline are not governed by the liberal amendment provisions of FRCP 15(a), but instead, by

**CASE MANAGEMENT ORDER - 1**

3.    Alternative Dispute Resolution: The parties shall engage in mediation by **12/14/18**.

Parties shall contact ADR Coordinator Keith Bryan at (208) 334-9067 for assistance, if

needed.

4.    Discovery Plan: All discovery is subject to the Federal Rules of Civil Procedure, the

Local Civil Rules for the District of Idaho, and the parties' joint discovery plan (Docket

No. 10), which is incorporated by reference.

5.    Completion of Fact Discovery: All fact discovery must be completed by **12/10/18**. This

is a deadline for the completion of all fact discovery. It is not a deadline for discovery

requests. Discovery requests must be made far enough in advance of this deadline to

allow completion of the discovery by the deadline date.

6.    Completion of Expert Discovery: All expert discovery must be completed by **12/10/18**.

7.    Disclosure of Experts:

a.    The Plaintiff shall disclose the experts intended to be called at trial on or before

**10/11/18**.

b.    The Defendant shall disclose the experts intended to be called at trial on or before

**11/9/18**.

c.    The Plaintiff shall disclose any rebuttal experts on or before **11/23/18**.

8.    Scheduling of Trial and Pretrial Conference: Plaintiff's counsel shall contact Deputy

Clerk Lynette Case within one week following the entry of a decision on all pending

dispositive motions to make arrangements for a telephone scheduling conference between

counsel and the Court in which the trial and pretrial conference shall be set. If no

---

the more restrictive amended provisions of FRCP 16(b), requiring a showing of "good cause."
*Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

**CASE MANAGEMENT ORDER - 2**

dispositive motion is filed, Plaintiff's counsel shall immediately contact Ms. Case within

one week after the dispositive motion filing deadline to set a telephone scheduling

conference.

9.     Staff Attorney: Dan Gordon is the Staff Attorney assigned to this case; he can be reached

at (208) 334-1881.

10.    Calendaring Clerk: With regard to any scheduling matters or calendaring issues, please

contact Deputy Clerk, Lynette Case, at (208) 334-9023.

11.    Docketing Clerk: If you have a docketing question, please contact a Docketing Clerk at

(208) 334-1361.

12.    A Telephonic Status Conference is set for **4/24/18 AT 9:30 a.m. (MST)**.  Defendant's

counsel shall initiate the conference call, connecting all counsel to the Court's conference

line at (208) 334-1495.

DATED:  **December 7, 2017**

Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**CASE MANAGEMENT ORDER - 3**