# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X) TELEPHONE STATUS CONFERENCE**
**(X) NOTICE OF HEARING**

### Presiding Judge: RONALD E. BUSH

Deputy Clerk/ESR: Lynette Case
Date: APRIL 24, 2018                    CV. 17-407-S-REB
Boise, Idaho                            Tape: 9:20-9:30 am

**EEOC,**                               Che May,
           Plaintiff,                   Attorney for Plaintiff,

vs.

**JACKSONS FOOD STORES, LLC, et al,**   Tamsen Leachman,
           Defendants.                  Attorney for Defendants.

Court reviewed the record.

Counsel advised the current status of the case. They are working on discovery; Ms. Leachman to provide EEOC with discovery requests.

**NOTICE OF HEARING:** The Court set the next TELEPHONE STATUS CONFERENCE for 10:00 A.M., Mountain, JULY 31, 2018, with Ms. Che initiating the Conference Call to 208-334-1495.