# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X) TELEPHONE STATUS CONFERENCE**
**(X) NOTICE OF HEARING**

### Presiding Judge: RONALD E. BUSH

Deputy Clerk/ESR: Lynette Case
Date: JULY 31, 2018                      CV. 17-407-S-REB
Boise, Idaho                             Tape: 10-10:20 am

| | |
|---|---|
| **EEOC,** | Che May, |
| Plaintiff, | Attorney for Plaintiff, |
| vs. | |
| **JACKSONS FOOD STORES, LLC, et al,** | Tamsen Leachman, |
| Defendants. | Attorney for Defendants. |

Court reviewed the record.

Counsel advised the current status of the case and are working on details as outlined on the record. Counsel shall provide discovery responses, work toward scheduling and completing any depositions, as the discovery ddline is: 12/10/18.

Counsel shall report what has been completed at the next status conference.

**NOTICE OF HEARING:** The Court set the next TELEPHONE STATUS CONFERENCE for 10:00 A.M., Mountain, November 8, 2018, with Ms. Leachman initiating the Conference Call to 208-334-1495.