HONORABLE RONALD E. BUSH

Roberta L. Steele, CA SBN 188198
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

John F. Stanley, WA SBN 15418
May R. Che, NY SBN 4255378
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 220-6919
Facsimile: (206) 220-6911

may.che@eeoc.gov Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>JACKSONS FOOD STORES, INC. d/b/a JACKSON ENERGY,<br><br>Defendant. | CIVIL NO. 1:17-cv-00407-REB<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL: 8/24/18 – 9/7/18 |

Plaintiff Equal Employment Opportunity Commission ("EEOC"), by and through its attorneys of record, gives the following notice: Lead Counsel May Che will be unavailable, out of the office and out of the country on the following dates: Friday, August 24, 2018 through

NOTICE OF UNAVAILABILITY
1:17-cv-00407-REB
Page 1 of 3

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

Friday, September 7, 2018 returning to the office on Monday, September 10, 2018. EEOC respectfully requests that the Court and all parties refrain from scheduling motions, depositions, or any matter in the above-referenced case during this period of unavailability.

RESPECTFULLY SUBMITTED this 23rd day of August, 2018.

| | |
|---|---|
| ROBERTA STEELE | JAMES L. LEE |
| Regional Attorney | Deputy General Counsel |
| | |
| JOHN F. STANLEY | GWENDOLYN Y. REAMS |
| Supervisory Trial Attorney | Associate General Counsel |
| | |
| MAY R. CHE | Office of the General Counsel |
| Senior Trial Attorney | 131 M Street, N.E. |
| | Washington, D.C. 20507 |

BY: */s/ May R. Che*
May Che (NY 4255378)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone (206) 220-6919
Facsimile (206) 220-6911
may.che@eeoc.gov

Attorneys for Plaintiff

NOTICE OF UNAVAILABILITY
1:17-cv-00407-REB
Page 2 of 3

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2018, I electronically filed the foregoing document titled "**NOTICE OF UNAVAILABITY OF COUNSEL**" with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to the following individuals listed below:

Tamsen Leachman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone (503) 552-2140
Facsimile (503) 224-4518
tamsen.leachman@ogletree.com

DATED this 23rd day of August, 2018.

*/s/Elizabeth Kruh*
EEOC Paralegal

NOTICE OF UNAVAILABILITY
1:17-cv-00407-REB
Page 3 of 3

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882