# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X) TELEPHONE STATUS CONFERENCE**
**(X) NOTICE OF HEARING**

### Presiding Judge: RONALD E. BUSH

Deputy Clerk/ESR: Lynette Case
Date: NOVEMBER 8, 2018            CV. 17-407-S-REB
Boise, Idaho                                  Tape: 10:30 am (20 min)

**EEOC,**                                         May Che,
         Plaintiff,            Attorney for Plaintiff,

vs.

**JACKSONS FOOD STORES, LLC, et al,**     Tamsen Leachman,
         Defendants.          Attorney for Defendants.

Court reviewed the record.

Counsel advised the current status of the case. They have depositions scheduled and a sight inspection as advised on the record.

Ms. Che requested that defendant's provide the supplemental discovery requests no later than 11/13/18 prior to the depositions that are set.

Counsel shall report what has been completed at the next status conference, as discussed on the record.

**NOTICE OF HEARING:** The Court set the next TELEPHONE STATUS CONFERENCE for 2:00 P.M., Mountain, 12/4/2018, with Ms. Che initiating the Conference Call to 208-334-1495.