HONORABLE RONALD E. BUSH

Roberta L. Steele, CA SBN 188198
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

John F. Stanley, WA SBN 15418
May R. Che, NY SBN 4255378
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 220-6919
Facsimile: (206) 220-6911

may.che@eeoc.gov Attorneys for Plaintiff EEOC

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO
# SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JACKSONS FOOD STORES, INC. d/b/a JACKSON ENERGY, <br><br> Defendant. | CIVIL NO. 1:17-cv-00407-REB <br><br> [PROPOSED] CONSENT DECREE |

## I. INTRODUCTION

1. This action originated when Penny Wightman filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC" or "Commission"). Ms.

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 1 of 13

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Wightman alleged that Jacksons Food Stores, Inc. d/b/a Jackson Energy ("Jackson Energy") discriminated against her in violation of Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 ("ADA") when it failed to provide a reasonable accommodation and terminated her employment.

2. On August 17, 2017, the EEOC issued a Letter of Determination with a finding of reasonable cause to believe that Jackson Energy violated the ADA. Thereafter, EEOC attempted to conciliate the charge and conciliation was unsuccessful.

3. The Commission filed this lawsuit on September 29, 2017, in the United States District Court for the District of Idaho, Southern Division, alleging that Jackson Energy discriminated against Penny Wightman, a qualified individual with a disability, when it: (1) failed to provide a reasonable accommodation in violation of the ADA; and (2) terminated her from her dispatcher job on November 11, 2015.

4. The parties want to conclude fully and finally all claims arising out of the EEOC's Complaint and Ms. Wightman's charge of discrimination filed with EEOC. The EEOC and Jackson Energy enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in the ADA.

II. NON-ADMISSION OF LIABILITY AND NON-DETERMINATION BY THE COURT

5. This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission by Jackson Energy of a violation of the ADA.

III. JURISDICTION AND VENUE

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 2 of 13

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

6. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

7. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Idaho.

## IV. SETTLEMENT SCOPE

8. This Consent Decree is the final resolution of all allegations of unlawful employment practices contained in Ms. Wightman's discrimination charge, in the EEOC's administrative determination, and in the EEOC Complaint filed herein, including all claims by the parties for attorney fees and costs.

9. Jackson Energy will not condition the receipt of monetary relief on Ms. Wightman's agreement to: (a) maintain as confidential the facts and/or allegations underlying her charge and the complaint and the terms of this Decree; (b) waive her statutory right to file a charge with any governmental agency; (c) refrain from reapplying for a job with Jackson Energy; or (d) agree to a non-disparagement and/or confidentiality agreement.

## V. MONETARY RELIEF

10. Jackson Energy shall pay Ms. Wightman one hundred fifty-eight thousand dollars ($158,000.00) within fourteen (14) business days of the entry date of this Consent Decree. This

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 3 of 13

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

payment shall include specific amounts for back pay and compensatory damages. Ms. Wightman shall provide Jackson Energy with W-4 and W-9 Forms within five (5) days of the entry of this Decree. Jackson Energy shall make payment by checks – one check for wage damages in the amount of forty-eight thousand dollars ($48,000.00) less any withholdings, and another check (or checks) for non-wage damages, in the amount of one hundred ten thousand dollars ($110,000.00) – made payable to Penny Wightman at an address that the Commission will provide to Jackson Energy. Jackson Energy will issue Ms. Wightman an IRS Form W2 for the wage payment and an IRS Form 1099 for the non-way payment. Jackson Energy shall simultaneously transmit copies of the checks made payable to Ms. Wightman, together with an accounting of employee deductions and employer contributions made, to:

> May Che
> U.S. Equal Employment Opportunity Commission
> Seattle Field Office
> 909 First Avenue, Suite 400
> Seattle, WA 98104
> may.che@eeoc.gov

## VI. INJUNCTIVE AND OTHER RELIEF

A. General Provisions

11. Jackson Energy's transportation operations officers, managers, and supervisors at its Meridian, Idaho dispatch and corporate facilities, and all human resource professionals who provide advice and assistance to the Jackson Energy's management, and its successors and assigns are enjoined from engaging in practices which unlawfully discriminate against applicants and/or employees on the basis of disability or in retaliation for engaging in protected activity. In recognition of its obligations under the ADA, Jackson Energy shall institute the policies and practices set forth below.

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 4 of 13

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

12. Jackson Energy will provide prior written notice to any potential purchaser of Jackson Energy's businesses, or a purchaser of all or a portion of Jackson Energy's assets, and to any other potential successor, of the EEOC's lawsuit, the allegations raised in the EEOC's complaint, and the existence and contents of this Consent Decree.

B. <u>Anti-Discrimination Policies and Procedures</u>

13. Within sixty (60) days from the date of entry of this Decree and for its duration, Jacksons shall implement anti-discrimination policies and procedures that prohibit discrimination and retaliation, explain to employees their rights and responsibilities under EEO laws, and are subject to periodic updating to reflect changes in anti-discrimination laws. The policies will state that they are promulgated at the direction of and with the endorsement by the highest level of Jackson Energy management. These policies and procedures shall be provided to the EEOC for review and comment no later than thirty (30) days prior to implementation. Within fourteen (14) days of receipt, the EEOC will advise Jackson Energy of any comments. EEOC agrees to review the proposed policies and procedures in good faith.

14. Jackson Energy's anti-discrimination policies will contain specific provisions relating to the Americans with Disabilities Act, as amended, with special emphasis on the ADA's reasonable accommodation obligations, to include, at a minimum, (a) an express description of how its officers, agents, managers, supervisors, hiring/interviewing officials, and human resource personnel must respond to requests for reasonable accommodation or when aware that a reasonable accommodation may be necessary; (b) an express description of its duty to engage in the interactive process, with an applicant or employee who is disabled, is "regarded as" disabled, has a record of disability, or expresses a need for reasonable accommodation; (c) an express description of how an applicant or employee may request a reasonable accommodation; and (d)

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 5 of 13

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

an obligation to educate its officers, agents, managers, supervisors, hiring/interviewing officials, and human resource personnel about how to respond to such requests, including what factors will be considered in approving or denying the requested accommodation, the type of information an employee or applicant must submit to support the requested accommodation and the time frame for approval or denial.

15. Jackson Energy's anti-discrimination and anti-retaliation policies will include a complaint procedure for employees and applicants to ensure convenient access to points of contact for reporting and require a timely response by the company. The procedures shall: (a) identify multiple points of contact through which employees and applicants can lodge complaints, including phone numbers, addresses, and email addresses for those points of contact; (b) allow complaints to be submitted anonymously or verbally in the primary language of the employee, without need of submission of a written statement; (c) provide a method for documenting verbal complaints by management; (d) explain that Jackson Energy will conduct a thorough investigation after a complaint is made or received; (e) indicate that investigations will commence within five (5) days after a complaint is received and completed within thirty (30) days; (f) state that the confidentiality of complainants, victims and witnesses will be maintained to the extent feasible; (g) state that Jackson Energy will take appropriate corrective action upon determining that discrimination or retaliation has occurred; (h) state that complainants and witnesses will not be retaliated against or suffer any negative employment consequences for complaining or cooperating in an investigation; and (i) indicate that Jackson Energy will communicate to the complainant, within five (5) days of the conclusion of the investigation, the results of the investigation including a general description of the remedial actions taken or proposed, if any.  The procedures shall also include a statement from a high-ranking company

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 6 of 13

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6883**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

official encouraging employees to come forward with complaints of discrimination and retaliation they experience or observe.

16. Not later than sixty (60) days after entry of this Consent Decree, Jackson Energy shall distribute a written copy of its anti-discrimination policies to all Jackson Energy employees, both management and non-management. These policies will also be distributed to every employee hired or re-hired during the duration of this Decree and with all applications for employment, including applications available on-line.

17. <u>Policy Modifications</u>. If Jackson Energy modifies any of the policies listed in paragraphs 13-15 above during the duration of the Decree, Jackson Energy shall submit to the EEOC for its review and consideration the proposed modifications no later than thirty (30) days before adoption. Within fourteen (14) days of receipt, the EEOC will advise Jackson Energy of any comments. EEOC agrees to review the proposed modifications in good faith.

C. <u>Equal Employment Opportunity Trainings</u>

18. Not later than ninety (90) days after entry of this Consent Decree, Jackson Energy shall provide an annual, in person, interactive EEO training seminar to all Jackson Energy's transportation operations officer, managers, and supervisors at its Meridian, Idaho dispatch and corporate facilities, and all human resource professionals who provide advice and assistance to the Jackson Energy's management. These annual anti-discrimination trainings shall be, at a minimum, two (2) hours in duration, and include, at a minimum, an overview of the ADA with special emphasis on employee rights and responsibilities in requesting a reasonable accommodation, employer obligations in responding to requests for reasonable accommodation, the interactive process, and the employer's ongoing obligation to ensure the effectiveness of reasonable accommodations, if granted. The trainings shall be aimed at helping attendees

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 7 of 13

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

understand how to define and identify disability discrimination and retaliation, and the steps Jackson Energy will take to review each request for a reasonable accommodation. Jackson Energy will provide reasonable accommodations as necessary for any attendees with a disability.

19. Not later than ninety (90) days after entry of this Consent Decree, Jackson Energy shall provide an annual, in person, interactive EEO training seminar to all its employees at its Meridian, Idaho dispatch and corporate facilities as previously defined. These annual anti-discrimination trainings for employees shall be at a minimum, one (1) hour in duration, and include, at a minimum, an overview of the ADA with special emphasis on: Jackson Energy's EEO policies relating to the ADA, including for requests for reasonable accommodation; Jackson Energy's process to reconsider Jackson Energy decisions related to reasonable accommodation or other employment action; Jackson Energy's complaint process and contact information for reporting disability discrimination; bystander intervention techniques when employees witness discrimination occurring; that retaliation against an employee or applicant who requests an accommodation or complains is prohibited; and contact information for EEOC as a resource for ADA-related inquiries and to report discrimination. Jackson Energy will consider in good faith any reasonable accommodation requests as part of the interactive process. The trainings described in paragraphs 18-19 shall be developed and conducted by a third party with established experience conducting anti-discrimination and anti-retaliation training with an emphasis on the ADA, which may include counsel in this litigation for Jackson Energy. All training materials must be submitted to the EEOC for review and comment no later than thirty (30) days prior to holding the first training sessions. Within fourteen (14) days of receipt, the EEOC will advise Jackson Energy of any comments. EEOC agrees to review the proposed training materials in good faith. The costs of training shall be borne by Jackson Energy. If

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 8 of 13

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

Jackson Energy modifies the EEO trainings identified in paragraphs 18-19 above during the duration of the Decree, Jackson Energy shall submit to the EEOC for its review and comment the proposed modifications no later than thirty (30) days before adoption. Within fourteen (14) days of receipt, the EEOC will advise Jackson Energy of any comments. EEOC agrees to review the proposed modifications in good faith

20. For the duration of this Consent Decree, Jackson Energy shall notify the EEOC of the completion of the training seminars and shall specify the names and job titles of the individuals who participated in and completed the training. This information shall be provided as part of the annual report Jackson Energy submits to the EEOC.

D. <u>Non-Disclosure of Information</u>

21. Jackson Energy will ensure no charge or allegation of discrimination against Jacksons and this lawsuit is included in Ms. Wightman's personnel file. Jackson Energy shall not disclose any information or make reference to any charge of discrimination or this lawsuit in responding to requests for information from potential employers about Ms. Wightman. When fielding inquiries about Ms. Wightman, Jackson Energy shall provide a neutral job reference consisting of employment dates, positions held, indicate the Ms. Wightman voluntarily resigned and is eligible for rehire.

E. <u>Policies Designed to Promote Accountability</u>

22. Jackson Energy shall specifically advise all Jackson Energy managers and supervisors, hiring/interviewing officials, and human resources personnel providing advice and guidance to Jackson Energy of their duty to ensure compliance with its EEO anti-discrimination policies, including the prohibition against retaliation. Jacksons Energy shall impose discipline, up to and including termination of employment, upon any supervisor, manager, hiring official, or

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 9 of 13

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

human resources personnel, who it determines discriminates against any applicant and/or employee on the basis of disability.

23. In conducting performance reviews, Jackson Energy shall include EEO enforcement and compliance as standards for managers, supervisors, store managers, hiring/interviewing officials, and human resources personnel.

24. During the pendency of this Consent Decree, Jackson Energy shall make available a hiring or human resources official, or other appropriate personnel responsible for hiring in its Meridian, Idaho dispatch and corporate facilities, for audits made upon request by EEOC to determine compliance with this Consent Decree. EEOC shall provide notice of audit subject matter not later than five (5) business days in advance but, at a minimum, the audit shall include whether Jackson Energy has denied disability-related reasonable accommodation to any individual and whether Jackson Energy has received any complaints about discrimination against individuals based on disability. Any requested audit will be conducted at a mutually agreeable time and place.

F. <u>Reporting</u>

25. Jackson Energy shall report to the EEOC for a period of five (5) years. The reports shall be in writing and submitted on an annual basis during the five-year reporting period. The reporting period will run from the date of the entry of this Consent Decree.

26. These annual reports shall contain the following information and attachments:

    a. Certification that Jackson Energy has:

        1. Continued to maintain its written EEO policies and procedures and distributed copies of its EEO policy as described in Paragraphs 13-17;

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 10 of 13

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

2. Complied with the training provisions enumerated in this Consent Decree, as provided in Paragraphs 18-20 and provide a list of all attendees, with job titles, for each training completed; and

   3. Continued to promote accountability by managers, supervisors, store managers, hiring/interviewing officials, and human resources personnel as required by Paragraph 22-24; and

   4. Complied with all other provisions of this Consent Decree.

   b. Copies of the following documents shall be included with each annual report submitted to the Seattle Field Office of the EEOC:

   1. A copy of the EEO policy and procedures maintained in accordance with the provisions of this Consent Decree;

   2. A copy of its current EEO policy and a list of any changes, modifications or revisions to its EEO policies and procedures, if any, which concern or affect the subject of discrimination or retaliation;

   3. A summary of internal formal or informal disability discrimination or disability retaliation complaints, if any, filed by employees or applicants, identified by name, the actions taken by the company and the resolution of each such complaint;

   4. The home address, home and cell phone numbers and email address for any complainant(s) will be provided to the EEOC upon request;

   5. A sign-in sheet or list of the names and job titles of Jackson Energy personnel who completed EEO training and the dates the training was conducted during the reporting period.

27. If applicable, Jackson Energy shall submit a statement with its report to the EEOC specifying the areas of noncompliance, the reason for the noncompliance, and the steps that shall be taken to bring Jackson Energy into compliance.

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

G. <u>Posting</u>

28. Jackson Energy shall post a Notice to All Employees. This Notice is attached as Exhibit 1 to this Consent Decree. The Notice shall be conspicuously posted on bulletin board at all Jackson Energy facilities for the duration of the Consent Decree.

## VII. <u>ENFORCEMENT</u>

29. If the EEOC determines that Jackson Energy has not complied with the terms of this Consent Decree, the EEOC shall provide written notification of the alleged breach to Jackson Energy. The EEOC shall not petition the Court for enforcement of this Consent Decree for at least thirty (30) days after providing written notification of the alleged breach. The 30-day period following the written notice shall be used by the EEOC and Jackson Energy for good faith efforts to resolve the dispute.

## VIII. <u>RETENTION OF JURISDICTION</u>

30. The United States District Court for the District of Idaho shall retain jurisdiction over this matter for the duration of this Consent Decree for enforcement purposes.

## IX. <u>DURATION AND TERMINATION</u>

31. This Consent Decree shall be in effect for five (5) years from the date of entry of the Decree. If the EEOC petitions the Court for breach of this Consent Decree, and the Court finds Jackson Energy to be in violation of the terms of the Consent Decree, the Court may extend the duration of this Consent Decree.

Dated this <u>13th</u> day of <u>December</u>, 2018.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

ROBERTA L. STEELE                    JAMES L. LEE
Regional Attorney                    Deputy General Counsel

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 12 of 13

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

| | |
|---|---|
| JOHN F. STANLEY<br>Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MAY R. CHE<br>Senior Trial Attorney | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |

909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone (206) 220-6919
Facsimile (206) 220-6911
may.che@eeoc.gov

BY: */s/ Roberta L. Steele*
Roberta L. Steele (CA SBN 188198)

*Attorneys for Plaintiff EEOC*


Tamsen Leachman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone (503) 552-2140
Facsimile (503) 224-4518
tamsen.leachman@ogletree.com


BY: */s/ Tamsen Leachman*
Tamsen Leachman (Bar No. 5697)

*Attorneys for Defendant Jackson Energy*

36077452.1

[PROPOSED] CONSENT DECREE
1:17-cv-00407-REB
Page 13 of 13

**EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882**