HONORABLE RONALD E. BUSH

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JACKSONS FOOD STORES, INC. d/b/a JACKSON ENERGY,<br><br>Defendant. | CIVIL NO. 1:17-cv-00407-REB<br><br>[PROPOSED] **ORDER**<br><br>**APPROVING CONSENT DECREE** |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this _____ day of _____, 2018.

_____
THE HONORABLE RONALD E. BUSH

Presented by:

*/s/ May R. Che*
May Che (NY 4255378)
EEOC Senior Trial Attorney

[PROPOSED] Order Approving Consent Decree
1:17-cv-00407-REB
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on **December 13, 2018**, I electronically filed the foregoing document titled **"**[PROPOSED] **ORDER APPROVING CONSENT DECREE**" with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to the following individuals listed below:

Tamsen Leachman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone (503) 552-2140
Facsimile (503) 224-4518
tamsen.leachman@ogletree.com

*/s/      May Che*
May Che
EEOC Senior Trial Attorney

[PROPOSED] Order Approving Consent Decree
1:17-cv-00407-REB
Page 2 of 2

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882