HONORABLE RONALD E. BUSH

Roberta L. Steele, CA SBN 188198
U.S. Equal Employment Opportunity Commission
San Francisco District Office
450 Golden Gate Ave, 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

John F. Stanley, WA SBN 15418
May R. Che, NY SBN 4255378
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: (206) 220-6919
Facsimile: (206) 220-6911

may.che@eeoc.gov Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>JACKSONS FOOD STORES, INC. d/b/a JACKSON ENERGY,<br><br>Defendant. | CIVIL NO. 1:17-cv-00407-REB<br><br>JOINT MOTION TO APPROVE PROPOSED CONSENT DECREE |

Plaintiff Equal Employment Opportunity Commission and Defendant Jacksons Food Stores, Inc. d/b/a Jackson Energy (collectively "the parties") seeking to conclude fully and finally all claims arising out of the EEOC's Complaint and Ms. Wightman's charge of discrimination

JOINT MOTION TO APPROVE PROPOSED CONSENT DECREE
1:17-cv-00407-REB
Page 1 of 4

**EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION**
**909 First Avenue, Suite 400**
**Seattle, Washington 98104-1061**
**Telephone: (206) 220-6883**
**Facsimile: (206) 220-6911**
**TDD: (206) 220-6882**

filed with EEOC, have stipulated to entry of a joint proposed Consent Decree, filed contemporaneously with this motion. The parties respectfully move the Court for an Order that the proposed Consent Decree be approved as the final decree of this Court in full settlement of this action and that this lawsuit be hereby dismissed with prejudice and without costs or attorneys' fees and with the Court retaining jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

RESPECTFULLY SUBMITTED this 19th day of December, 2018.

| | |
|---|---|
| ROBERTA STEELE | JAMES L. LEE |
| Regional Attorney | Deputy General Counsel |
| | |
| JOHN F. STANLEY | GWENDOLYN Y. REAMS |
| Supervisory Trial Attorney | Associate General Counsel |
| | |
| MAY R. CHE | Office of the General Counsel |
| Senior Trial Attorney | 131 M Street, N.E. |
| | Washington, D.C. 20507 |

BY: */s/ May R. Che*
May Che (NY 4255378)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone (206) 220-6919
Facsimile (206) 220-6911
may.che@eeoc.gov

Attorneys for Plaintiff

BY: */s/ Tamsen Leachman*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone (503) 552-2140
Facsimile (503) 224-4518

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

tamsen.leachman@ogletree.com

*Attorneys for Defendant Jacksons Food Stores, Inc., d/b/a Jackson Energy*

JOINT MOTION TO APPROVE PROPOSED CONSENT DECREE
1:17-cv-00407-REB
Page 3 of 4

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, I electronically filed the foregoing document titled "**JOINT MOTION TO APPROVED PROPOSED CONSENT DECREE**" with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to the following individuals listed below:

Tamsen Leachman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone (503) 552-2140
Facsimile (503) 224-4518
tamsen.leachman@ogletree.com

DATED this 19TH day of DECEMBER 2018.

*/s/ Rebecca Eaton*
REBECCA EATON
Paralegal Specialist
EEOC Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone: 206-220-6891
Email: rebecca.eaton@eeoc.gov

JOINT MOTION TO APPROVE PROPOSED CONSENT DECREE
1:17-cv-00407-REB
Page 4 of 4

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882