HONORABLE RONALD E. BUSH

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JACKSONS FOOD STORES, INC. d/b/a JACKSON ENERGY,<br><br>　　　　　Defendant. | CIVIL NO. 1:17-cv-00407-REB<br><br>[PROPOSED] **ORDER**<br><br>**APPROVING CONSENT DECREE** |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this _____ day of _____, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THE HONORABLE RONALD E. BUSH

Presented by:

*/s/ May R. Che*　　　　　　　
May Che (NY 4255378)
EEOC Senior Trial Attorney

[PROPOSED] Order Approving Consent Decree
1:17-cv-00407-REB
Page 1 of 2

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882