UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>JACKSONS FOOD STORES, INC. d/b/a JACKSON ENERGY,<br><br>    Defendant. | Case No.: 1:17-cv-00407-REB<br><br>**ORDER RE: JOINT MOTION TO APPROVE PROPOSED CONSENT DECREE**<br><br>**AND**<br><br>**ORDER APPROVING CONSENT DECREE** |

    The Court, having considered the parties' Joint Motion to Approve Proposed Consent Decree (Docket No. 21), HEREBY ORDERS THAT said Motion is GRANTED, and the Consent Decree (Docket 21, Atts. 1-2) be, and the same hereby is, APPROVED as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. Pursuant to the terms of the Consent Decree, the Court retains jurisdiction of this matter until **December 20, 2023** for the purposes of enforcing the Consent Decree approved herein.

DATED: December 20, 2018

_____
Ronald E. Bush
Chief U.S. Magistrate Judge